The City of New York, Respondent, *v.* The United States Trust Company of New York, Individually and as Trustee, Appellant, Impleaded with Others.

*City of New York* v. *U. S. Trust Co.*, 78 App. Div. 366, affirmed.
(Argued February 10, 1904; decided March 4, 1904.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 6, 1903, which affirmed a judgment of Special Term impressing a trust upon certain moneys in the hands of the appellant herein belonging to the estate of Louis J. Jordan, deceased.

*Edward W. Sheldon* and *George L. Shearer* for appellant.

*John J. Delany*, Corporation Counsel *(Theodore Connoly* and *Charles A. O'Neil* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.
Concur: Parker, Ch. J., Gray, O'Brien, Haight, Martin, Vann and Cullen, JJ.